# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO DETENTION CENTER MEDICAL STAFF DEPARTMENT,<br><br>    Defendant.<br>_____ / | CASE NO. 1:10-cv-00653-SKO PC<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. 12) |

On May 24, 2010, Plaintiff John Ray Dynes ("Plaintiff") filed a motion requesting a restraining order. (Doc. #12.) The one-page motion requests a restraining order prohibiting officials from searching Plaintiff's court documents.

On June 21, 2010, the Court received a change of address notice that indicated Plaintiff was transferred out of the Fresno County Detention Center. Since Plaintiff is no longer incarcerated at Fresno County Detention Center, he is no longer faced with the conditions which are at issue in his motion for a restraining order. Accordingly, his motion is moot. See Weinstein v. Bradford, 423 U.S. 147, 149 (1975); Diley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995).

Based on the foregoing, Plaintiff's May 24, 2010 motion is DENIED as moot.

IT IS SO ORDERED.

**Dated:   November 10, 2010**              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE