# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:10-cv-00653-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| FRESNO DETENTION CENTER MEDICAL STAFF DEPARTMENT, | |
| Defendant. | |

Plaintiff John Ray Dynes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2010, Plaintiff filed a noticing informing the Court that he wishes to voluntarily dismiss this action. (Doc. #17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before an opposing party serves either an answer or a motion for summary judgment.

Accordingly, it is HEREBY ORDERED that this action is dismissed, without prejudice, pursuant to Plaintiff's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:    December 1, 2010             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE